# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ERIC J DUARTE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **23-12288-WGY** |
| **BRIDGEWATER STATE HOSPITAL, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**YOUNG, D.J.**

The Court dismisses this case without prejudice as duplicative of <u>Duarte v. Bridgewater State Hospital, et al.</u>, C.A. No. 23-11771-MJJ.  The civil cover sheets, signature pages, and recitation of the parties in each case have slight and immaterial differences.  The other 130 pages of each pleading are otherwise identical.  The motion for leave to proceed <u>in forma pauperis</u> shall be terminated as moot and no filing fee shall be assessed.

**So ordered.**

/s/ William G. Young
William G. Young
United States District Judge

Dated: November 3, 2023